**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-517-FDW-DCK**

| | |
|---|---|
| LENOX JOHN CURRIE, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> THE PRUDENTIAL INSURANCE ) <br> COMPANY OF AMERICA, ) <br> ) <br> **Defendant.** ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Ethan Goemann, concerning Tara Ellis on November 20, 2019. Tara Ellis seeks to appear as counsel *pro hac vice* for Defendant, The Prudential Insurance Company of America. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Tara Ellis is hereby admitted *pro hac vice* to represent Defendant, The Prudential Insurance Company of America.

**SO ORDERED**.

Signed: November 21, 2019

David C. Keesler
United States Magistrate Judge